James E. Dunn - State Bar Number 188040
Attorney at Law
1840 Gateway Drive, Suite 200
Foster City, CA 94404
Telephone: 877-595-5480

Attorney for ANGELA BOLDMAN

FILED
AUG 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA BOLDMAN,<br><br>            Plaintiff,<br><br>vs.<br><br>CITY OF SAN DIEGO, OFFICER GIB NINNESS, and Does 1-20,<br><br>            Defendants. | Case No: '08 CV 1523 WQH NLS<br><br>COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL<br><br>1. 42 U.S.C. § 1983 et seq.<br>   Civil Rights Violations<br>2. Unlawful Policies, Customs or Habits |

## JURISDICTION

1. This is a lawsuit for money damages and is brought pursuant to 42 U.S.C. §1983, et seq., and the Fourth and Fourteenth Amendments to the United States Constitution, for personal injuries and violation of constitutional rights by Defendants CITY OF SAN DIEGO, San Diego Police Department Officer GIB NINNESS, and DOES 1-20. Jurisdiction is founded on 28 U.S.C. Section 1331 and 1343 and the aforementioned statutory and Constitutional provisions.

## GENERAL ALLEGATIONS

2. Plaintiff is and was at all material times mentioned herein resident of the County of San Diego, State of California.

Complaint for Damages and Demand for Jury Trial - 1

3. At all times mentioned herein Defendants Officer GIB NINNESS, and were employees of the CITY OF SAN DIEGO and in doing the acts hereinafter described acted within the course and scope of their employment. The acts of all Defendants, and each of them, were also done under the color and pretense of the statutes, ordinances, regulations, customs and usages of the State of California. The Defendants named above and Does 1 through 20 are sued individually and in their capacities as employees of the CITY OF SAN DIEGO.

4. The true names or capacities whether individual, corporate, associate or otherwise, of Defendants named herein as Does 1 through 20 are unknown to Plaintiff, who therefore sues said Defendants by said fictitious names. Plaintiff will amend this complaint to show said Defendants' true names and capacities when the same have been ascertained. Plaintiff is informed and believes and thereon alleges that all Defendants sued herein as Does are in some manner responsible for the acts and injuries alleged herein.

5. Plaintiff is informed and believes and therefore alleges that at all times mentioned herein each of the Defendants was the agent, servant and/or employee of each of the remaining Defendants and were, in doing the acts herein alleged, acting within the course and scope of this agency and/or employment and with the permission, consent and authority of their co-Defendants and each of them, and each is responsible in some manner for the occurrences hereinafter alleged; and that Plaintiff's injuries were proximately caused by the actions of each.

**FACTUAL ALLEGATIONS**

6. The events took place on August 16, 2006, at 5300 Mission Center Road, San Diego, CA. Plaintiff was arrested for driving under the influence of alcohol by Defendant NINNESS from the San Diego Police Department. As he arrested Ms. BOLDMAN, the Defendant physically handled her with disturbing force.

7. At one point he threw her down face-first onto his police car and bruised her face and chipped a tooth. Ms. Boldman was no physical threat to the Defendant, yet he used excessive

force throughout the contact; he dragged her out of the patrol car so roughly that he bruised her arms. There was absolutely no justification for this abusive treatment.

8. Also without justification, Defendant NINNESS forced Ms. BOLDMAN to submit to an inappropriate "pat down" search, one that transgressed any bounds of a reasonable seizure.

9. As a result, Plaintiff suffered physical pain, suffering, embarrassment, humiliation, loss of quality of life, and medical and dental expenses.

## FIRST CLAIM FOR DAMAGES
[42 U.S.C. § 1983 Constitutional Violations-
Unlawful Search and Seizure/Excessive Force
Against All Defendants]

10. Plaintiff realleges and incorporates by reference each and every allegation contained in Paragraphs 1 through 9 above as though fully set forth herein.

11. As a result of the acts alleged above, Plaintiff was unlawfully seized by Defendant Officer GIB NINNESS, and Does 1 through 20. Thus, Plaintiff suffered an unlawful search and seizure in violation of her constitutional rights as guaranteed by the Fourth Amendment to the United States Constitution. As a result, Plaintiff is entitled to damages pursuant to Title 42 U.S.C. S 1983, et seq. in an amount to be proven at trial.

12. As a further result of the acts alleged above, Defendant GIB NINNESS used unnecessary, unjustified and excessive force upon Plaintiff. This unreasonable and excessive force constituted an unlawful seizure, in violation of Plaintiff's constitutional rights as guaranteed by the Fourth Amendment to the United States Constitution. As a result, Plaintiff is entitled to damages pursuant to Title 42 U.S.C. S 1983 in an amount to be proven at trial.

13. As a result, Plaintiff suffered physical injuries and emotional distress because of the excessive force which was used against her while she was being arrested.

14. In committing the acts alleged above, Officer GIB NINNESS acted maliciously and/or was guilty of a wanton and reckless disregard for the rights, feelings and safety of

Plaintiff, and by reason thereof Plaintiff is entitled to exemplary and punitive damages in an amount to be proven at trial.

## SECOND CLAIM FOR DAMAGES
### [42 U.S.C. S 1983 Constitutional Violations via Unlawful Policies, Customs or Habits]

15. Plaintiffs realleges and incorporates by reference each and every allegation contained in Paragraphs 1 through 14 above as though fully set forth herein.

16. On information and belief Plaintiff alleges that Defendant CITY OF SAN DIEGO, through its Police Department, has unlawful policies, customs and habits of improper and inadequate hiring, training, retention, discipline and supervision of its officers, including the individual Defendants named herein, legally causing the constitutional deprivations, injuries and damages alleged in the First Cause of Action. As a result, Plaintiff is entitled to damages pursuant to Title 42 U.S.C. 1983, in an amount to be proven at trial.

17. Further, on information and belief Plaintiff alleges that Defendant CITY OF SAN DIEGO, through its Police Department, has an unlawful policy, custom or habit of permitting or condoning the unnecessary and unjustified use of force by officers, including Officer GIB NINNESS, and of permitting or condoning attitude arrests and/or acts of unreasonable force related thereto by its officers, including the individual Defendant named herein. Defendant CITY OF SAN DIEGO has a further unlawful policy, custom and habit of inadequate training, supervision and disciplining of errant officers.

18. Defendant CITY OF SAN DIEGO has a further unlawful custom, policy and habit of permitting or condoning unlawful detention, arrest, booking and incarceration procedures and practices by its officers. Said unlawful policies, customs and habits proximately caused the constitutional deprivations, injuries and damages alleged in the First Cause of Action. As a result, Plaintiff is entitled to damages pursuant to Title 42 U.S.C. § 1983, in an amount to be proven at trial.

19. As a proximate result of the unlawful policies, customs and habits alleged above, Plaintiff suffered the injuries alleged in paragraph 13 above and thus is entitled to general and compensatory damages in an amount to be proven at trial.

### THIRD CLAIM FOR DAMAGES
**[Battery;
Respondeat Superior]**

20. Plaintiff realleges and incorporates by reference the allegations contained in paragraphs 1 through 19 above as though fully set forth herein.

21. By the acts alleged herein, Defendants committed battery upon Plaintiff, entitling Plaintiff to damages pursuant to California law.

22. As a result of these acts plaintiff suffered the injuries and damages described in paragraph 13 above entitling her to damages in an amount to be proven at trial.

### FOURTH CLAIM FOR DAMAGES
**[Negligence;
Respondeat Superior]**

23. Plaintiff realleges and incorporates by reference the allegations contained in paragraphs 1 through 22 above as though fully set forth herein.

24. By the acts alleged above, Defendants and each of them were negligent and breached their duty of due care owed to plaintiff, thereby causing the injuries, emotional distress and the damages described in paragraph 13 above.

### FIFTH CLAIM FOR DAMAGES
**[Civil Code § 52.1;
Respondeat Superior]**

25. Plaintiff realleges and incorporates by reference each and every allegation contained in Paragraphs 1 through 27 above as though fully set forth herein.

26. By the acts alleged above, Plaintiff suffered, by threats, intimidation, force or coercion, violations of her state constitutional rights, including her right to enjoy life, liberty,

safety, happiness and privacy entitling her to damages pursuant to California law, particularly Civil Code § 52.1.

27. By the acts alleged above, Plaintiff suffered the injuries described in paragraph 13, thus entitling her to general and compensatory damages in an amount to be proven at trial.

28. In committing the acts alleged above, Defendants acted maliciously and/or were guilty of a wanton and reckless disregard for the rights and safety of Plaintiff and by reason thereof, Plaintiff demands exemplary and punitive damages in an amount to be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants and each of them as follows:

1. For general and compensatory damages against Defendants and each of them in an amount to be proven at trial;

2. For exemplary and punitive damages Defendants and each of them, in an amount to be proven at trial;

3. For costs of suit herein, including reasonable attorneys fees; and

4. For such other and further relief as the Court deems proper.

Dated: August 16, 2008

_____
James E. Dunn, Attorney for Plaintiff

### Demand for Jury Trial

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff hereby demands trial by jury in this action for all appropriate issues so triable.

Dated: August 16, 2008

_____
James E. Dunn, Attorney for Plaintiff

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILED**
AUG 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**I (a) PLAINTIFFS**

ANGELA BOLDMAN

**DEFENDANTS**

CITY OF SAN DIEGO, GIB [illegible]

'08 CV 1523 WQH NLS

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**  SAN DIEGO
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

James E. Dunn
1840 Gateway Drive, Suite 200
Foster City, CA 94404
877-595-5480

**ATTORNEYS (IF KNOWN)**

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 USC 1983 CIVIL RIGHTS

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs | **SOCIAL SECURITY** | |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (13958) | ☐ 810 Selective Service |
| | | **PERSONAL PROPERTY** | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities Exchange |
| | | ☐ 370 Other Fraud | |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23
**DEMAND $** By proof at trial.
Check YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): **JUDGE** William Q. Hayes   Docket Number 07-cv-01913-WQH-LSP

**DATE** August 16, 2008   **SIGNATURE OF ATTORNEY OF RECORD**

#154265   $350

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

TAC   8/19/08

CR